**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:11−cv−04961
Honorable Charles R. Norgle Sr.

Industrial Maintenance Service, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 14, 2012:

MINUTE entry before Honorable Charles R. Norgle, Sr: Civil case terminated. {10}Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.